1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GLENDA BROWN,                          )  1:10cv01280 LJO DLB
                                       )
                                       )
                                       )  ORDER GRANTING
                                       )  EXTENSION OF TIME
                 Plaintiff,            )  (Document 15)
                                       )
       v.                              )
                                       )
MICHAEL J. ASTRUE, Commissioner of     )
Social Security,                       )
                                       )
                 Defendant.            )
_____)

       On December 16, 2010, the parties filed a stipulation and proposed order to allow

Plaintiff an extension of time to serve her confidential letter brief. The parties' request is

GRANTED. Plaintiff's confidential letter brief SHALL be served on or before January 17, 2010.


       IT IS SO ORDERED.

**Dated:**   **December 17, 2010**                    _____ **/s/ Dennis L. Beck** _____
                                                   UNITED STATES MAGISTRATE JUDGE

1