# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA BROWN, | ) 1:10cv01280 LJO DLB |
| | ) |
| | ) |
| | ) ORDER GRANTING |
| | ) EXTENSION OF TIME |
| Plaintiff, | ) (Document 19) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On April 19, 2011, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to serve her reply brief.  The parties' request is GRANTED.  Plaintiff's reply brief SHALL be filed on or before May 20, 2011.


IT IS SO ORDERED.

**Dated:**   **April 26, 2011**                    **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1