1   Sengthiene Bosavanh, Esq. #249801
    Milam Law
2   948 11th Street, Suite 17
    (209) 576-0817
3    Attorney for Plaintiff

4

5                       UNITED STATES DISTRICT COURT

6                      EASTERN DISTRICT OF CALIFORNIA

7                            FRESNO DIVISION

8

9   Glenda Brown,                  )      CASE NO. 1:10-cv-01280-LJO-DLB
            Plaintiff,             )
10                                  )
        v.                         )
11                                  )      STIPULATION AND ORDER
    Commissioner of Social Security )      FOR SECOND EXTENSION OF TIME TO
12          Defendant.             )      SUBMIT PLAINTIFF'S REPLY BRIEF

13          Plaintiff hereby requests a second extension of time to file Plaintiff's Reply Brief. An

14   extension of time is requested to June 1, 2011. This extension is necessary due to recent

15   illness and a previously scheduled vacation on the part of the brief writer assigned to this

16   case.

17   Dated: May 12, 2011              /s/ Sengthiene Bosavanh

18                                    SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff
19
    Dated: May 12, 2011              BENJAMIN B. WAGNER
20                                    United States Attorney

21
                                      By: /s/Shea Lita Bond
22                                    (as authorized via e-mail)
                                      SHEA LITA BOND
23                                    Special Assistant United States Attorney

24
        IT IS SO ORDERED.
25
        Dated:    May 13, 2011                  /s/ Dennis L. Beck
26                                      UNITED STATES MAGISTRATE JUDGE

27

28